**Stacey L. JONES, Plaintiff—Appellant,**

v.

**VIRGINIA BEACH SHERIFF'S DEPARTMENT, Defendant— Appellee.**

No. 06–2269.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 2, 2007.

Stacy L. Jones, Appellant Pro Se.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stacey L. Jones appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Virginia Beach Sheriff's Dep't*, No. 3:06–cv–00751–JRS (E.D.Va. Nov. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-fore the court and argument would not aid the decisional process.

*AFFIRMED.*